IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIVER LIGHT V, L.P. and<br>TORY BURCH LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>YAOLONG HE, et al.,<br><br>      Defendants. | Case No. 19-cv-07667<br><br>Judge Steven C. Seeger<br><br>Magistrate Judge Sunil R. Harjani |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs River Light V, L.P. and Tory Burch LLC (together, "Tory Burch" or "Plaintiffs") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores");

This Court having entered a temporary restraining order and preliminary injunction, including a domain name transfer order and asset restraining order;

Plaintiffs having voluntarily dismissed a number of the defendants under Rule 41(a)(1)(A)(i), as designated by the word "DISMISSED" in the attached Schedule A (*see* Dckt. Nos. 37, 46);

Plaintiffs having moved for entry of Default and Default Judgment against all remaining defendants, as identified on the attached Schedule A (collectively, the "Defaulting Defendants")

Plaintiffs having properly completed service of process on Defaulting Defendants, the service of process on Defaulting Defendants via email as approved by this Court, along with any notice that Defaulting Defendants received from domain name registrars and payment

processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using infringing and counterfeit versions of the TORY BURCH Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 3,386,532 | TORY BURCH | TORY BURCH | For: Retail clothing stores in class 035. |
| 3,428,373 | TORY BURCH | TORY BURCH | For: Coats; dresses; footwear; headwear; jackets; pants; shirts; shorts; skirts; sweaters; swim wear; tops in class 025. |
| 3,428,374 | TORY BURCH | TORY BURCH | For: Cosmetic bags sold empty; handbags; in class 018. |
| 3,428,816 | TORY BURCH | TORY BURCH | For: Jewelry in class 014. |

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 3,758,631 | TORY BURCH | TORY BURCH | For: Eyewear and eyewear cases in class 009. |
| 3,814,500 | TORY BURCH | TORY BURCH | For: Candles in class 004. |
| 4,205,354 | TORY BURCH | TORY BURCH | For: Cell phone cases; leather protective covers specially adapted for personal electronic devices; protective covers and cases for cell phones, laptops and portable media players in class 009. |
| 4,656,700 | TORY BURCH | TORY BURCH | For: Watches in class 014. |
| 3,029,795 | TT | (TT logo) | For: Candles in class 004.<br><br>For: Jewelry in class 014.<br><br>For: Accessories, namely, handbags, umbrellas and cosmetic bags sold empty in class 018.<br><br>For: Housewares, namely towels in class 024.<br><br>For: Clothing, namely, shirts, tops, sweaters, pants, skirts, shorts, dresses, bathing suits, bikinis, sarongs, shoes, socks, belts, robes and headwear; outerwear, namely, scarves, jackets, vests and coats in class 025. |

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 3,563,326 | TT | | For: A full line of handbags in class 018.<br><br>For: A full line of women's clothing and footwear in class 025. |
| 4,029,068 | TT | | For: Robes in class 025. |
| 4,045,568 | TT | | For: Eyewear and eyewear cases in class 009. |
| 4,129,090 | TT | | For: Metal key chains in class 006. |
| 4,150,523 | TT | | For: Leather key chains in class 018. |
| 4,213,404 | TT | | For: Backpacks; beach bags; business card cases; coin purses; overnight bags; wallets; wristlet bags in class 018. |

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 4,213,405 | TT | | For: Cell phone cases; leather protective covers specially adapted for personal electronic devices; protective covers and cases for cell phones, laptops and portable media players in class 009. |
| 4,664,182 | TT | | For: Watches in class 014. |
| 4,317,165 | TT | | For: Business card cases; cosmetic cases sold empty; handbags; leather pouches; purses; tote bags; wallets; wristlet bags in class 018. |
| 4,345,875 | TT | | For: Belts; dresses; footwear; hats; jackets; pants; scarves; shirts; sweaters; swimwear in class 025. |
| 4,363,739 | TT | | For: Jewelry in class 014. |
| 4,382,707 | TT | | For: cell phone cases; eyewear; leather protective covers specially adapted for personal electronic devices; protective covers and cases for cell phones, laptops and portable media players; sunglasses in class 009. |

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 4,242,007 | TT | | For: Eyewear in class 009. |
| 4,365,683 | TT | | For: Belts; footwear in class 025. |
| 4,459,720 | TT | | For: Backpacks; cosmetic cases sold empty; handbags; leather pouches; and tote bags in class 018. |
| 4,345,879 | T | | For: Handbags and wallets in class 018. |
| 4,345,878 | T | | For: Jewelry in class 014. |
| 4,345,877 | T | | For: cell phone cases; eyewear; leather protective covers specially adapted for personal electronic devices; protective covers and cases for cell phones, laptops and portable media players; sunglasses in class 009. |
| 4,345,880 | T | | For: Footwear, scarves, shirts, and sweaters in class 025. |

| Registration Number | Trademark | Depiction of Mark | Goods and Services |
|---|---|---|---|
| 3,920,528 | TT | | For: Eyewear in class 009. |
| 4,422,079 | TORY | TORY | For: Handbags in class 018. |
| 5,015,665 | TORY | TORY | For: Watches in class 014. |
| 3,479,178 | REVA | REVA | For: Footwear in class 025. |
| 3,918,505 | REVA | REVA | For: Handbags in class 018. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Tory Burch's Motion for Entry of Default and Default Judgment is GRANTED, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants under Rule 55(b).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and other persons in active concert or particpation with them are permanently restrained from:

    a. using the TORY BURCH Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tory Burch product or not authorized by Plaintiffs to be sold in connection with the TORY BURCH Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tory Burch product or any other product produced by Tory Burch, that is not Tory Burch's or not produced under the authorization, control or supervision of Tory Burch and approved by Tory Burch for sale under the TORY BURCH Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Tory Burch, or are sponsored by, approved by, or otherwise connected with Tory Burch;

    d. further infringing the TORY BURCH Trademarks and damaging Tory Burch's goodwill; and

    e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Tory Burch, nor authorized by Tory Burch to be sold or offered for sale, and which bear any of Tory Burch's trademarks, including the TORY BURCH Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for (1) toryburchturkey.com, Def. No. 27; (2) toryburchaustraliasale.com, Def. No. 28; (3) zapatillastoryburch.com, Def. No. 42; (4)

toryburchshoesau.com, Def. No. 95; and (5) toryburchhandbags.us, Def. No. 187, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Tory Burch's choosing:

a. unlock and change the registrar of record for the specified Defendant Domain Names to a registrar of Tory Burch's selection; or

b. disable the specified Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer (1) toryburchturkey.com, Def. No. 27; (2) toryburchaustraliasale.com, Def. No. 28; (3) zapatillastoryburch.com, Def. No. 42; (4) toryburchshoesau.com, Def. No. 95; and (5) toryburchhandbags.us, Def. No. 187, to a registrar account of Tory Burch's selection so that these specified Defendant Domain Names can be redirected or disabled.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Tory Burch is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred fifty thousand dollars ($250,000) for willful use of counterfeit TORY BURCH Trademarks on products sold through at least the Defendant Internet Stores. The two hundred fifty thousand dollar ($250,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

5. PayPal, Inc. ("PayPal"), Alipay, and Amazon Pay shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, Alipay, and Amazon Pay, are hereby released to Tory Burch as partial payment of the above-identified damages, and PayPal, Alipay, and Amazon Pay are ordered to release to Tory Burch the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. In the event that Tory Burch identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Tory Burch may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified in Exhibits 3 and 4 to the Declaration of Wendy Lang Kaplowitz and any email addresses provided for Defaulting Defendants by third parties.

8. The ten thousand dollar ($10,000) surety bond posted by Tory Burch is hereby released to Tory Burch or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Tory Burch or its counsel.

This is a Final Judgment.

Date: January 31, 2020

Steven C. Seeger
United States District Judge

River Light V, L.P., et al. v. Yaolong He, et al. - Case No. 19-cv-7667

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | DISMISSED | 2 | DISMISSED |
| 3 | DISMISSED | 4 | DISMISSED |
| 5 | DISMISSED | 6 | DISMISSED |
| 7 | DISMISSED | 8 | DISMISSED |
| 9 | DISMISSED | 10 | DISMISSED |
| 11 | DISMISSED | 12 | DISMISSED |
| 13 | DISMISSED | 14 | DISMISSED |
| 15 | DISMISSED | 16 | DISMISSED |
| 17 | DISMISSED | 18 | DISMISSED |
| 19 | DISMISSED | 20 | DISMISSED |
| 21 | DISMISSED | 22 | DISMISSED |
| 23 | DISMISSED | 24 | DISMISSED |
| 25 | DISMISSED | 26 | DISMISSED |
| 27 | toryburchturkey.com | 28 | toryburchaustraliasale.com |
| 29 | DISMISSED | 30 | DISMISSED |
| 31 | DISMISSED | 32 | DISMISSED |
| 33 | DISMISSED | 34 | DISMISSED |
| 35 | DISMISSED | 36 | DISMISSED |
| 37 | DISMISSED | 38 | DISMISSED |
| 39 | DISMISSED | 40 | DISMISSED |
| 41 | DISMISSED | 42 | zapatillastoryburch.com |
| 43 | DISMISSED | 44 | DISMISSED |
| 45 | DISMISSED | 46 | DISMISSED |
| 47 | DISMISSED | 48 | DISMISSED |
| 49 | DISMISSED | 50 | DISMISSED |
| 51 | DISMISSED | 52 | DISMISSED |
| 53 | DISMISSED | 54 | DISMISSED |
| 55 | DISMISSED | 56 | DISMISSED |
| 57 | DISMISSED | 58 | DISMISSED |
| 59 | DISMISSED | 60 | DISMISSED |
| 61 | DISMISSED | 62 | DISMISSED |
| 63 | DISMISSED | 64 | DISMISSED |
| 65 | DISMISSED | 66 | DISMISSED |
| 67 | DISMISSED | 68 | DISMISSED |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---:|---|---:|---|
| 69 | DISMISSED | 70 | DISMISSED |
| 71 | DISMISSED | 72 | DISMISSED |
| 73 | DISMISSED | 74 | DISMISSED |
| 75 | DISMISSED | 76 | DISMISSED |
| 77 | DISMISSED | 78 | DISMISSED |
| 79 | DISMISSED | 80 | DISMISSED |
| 81 | DISMISSED | 82 | DISMISSED |
| 83 | DISMISSED | 84 | DISMISSED |
| 85 | DISMISSED | 86 | DISMISSED |
| 87 | DISMISSED | 88 | DISMISSED |
| 89 | DISMISSED | 90 | DISMISSED |
| 91 | DISMISSED | 92 | DISMISSED |
| 93 | DISMISSED | 94 | DISMISSED |
| 95 | Michael Lujan | 96 | DISMISSED |
| 97 | DISMISSED | 98 | DISMISSED |
| 99 | DISMISSED | 100 | DISMISSED |
| 101 | DISMISSED | 102 | DISMISSED |
| 103 | DISMISSED | 104 | DISMISSED |
| 105 | DISMISSED | 106 | DISMISSED |
| 107 | DISMISSED | 108 | DISMISSED |
| 109 | DISMISSED | 110 | DISMISSED |
| 111 | DISMISSED | 112 | DISMISSED |
| 113 | DISMISSED | 114 | DISMISSED |
| 115 | DISMISSED | 116 | DISMISSED |
| 117 | DISMISSED | 118 | DISMISSED |
| 119 | DISMISSED | 120 | DISMISSED |
| 121 | DISMISSED | 122 | DISMISSED |
| 123 | DISMISSED | 124 | DISMISSED |
| 125 | DISMISSED | 126 | DISMISSED |
| 127 | DISMISSED | 128 | DISMISSED |
| 129 | DISMISSED | 130 | DISMISSED |
| 131 | DISMISSED | 132 | DISMISSED |
| 133 | DISMISSED | 134 | DISMISSED |
| 135 | DISMISSED | 136 | DISMISSED |
| 137 | DISMISSED | 138 | DISMISSED |
| 139 | DISMISSED | 140 | DISMISSED |
| 141 | DISMISSED | 142 | DISMISSED |
| 143 | DISMISSED | 144 | DISMISSED |
| 145 | DISMISSED | 146 | DISMISSED |
| 147 | DISMISSED | 148 | DISMISSED |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 149 | DISMISSED | 150 | DISMISSED |
| 151 | DISMISSED | 152 | DISMISSED |
| 153 | DISMISSED | 154 | DISMISSED |
| 155 | DISMISSED | 156 | DISMISSED |
| 157 | DISMISSED | 158 | DISMISSED |
| 159 | DISMISSED | 160 | DISMISSED |
| 161 | DISMISSED | 162 | DISMISSED |
| 163 | DISMISSED | 164 | DISMISSED |
| 165 | DISMISSED | 166 | DISMISSED |
| 167 | DISMISSED | 168 | DISMISSED |
| 169 | DISMISSED | 170 | DISMISSED |
| 171 | DISMISSED | 172 | DISMISSED |
| 173 | DISMISSED | 174 | DISMISSED |
| 175 | DISMISSED | 176 | DISMISSED |
| 177 | DISMISSED | 178 | DISMISSED |
| 179 | DISMISSED | 180 | DISMISSED |
| 181 | DISMISSED | 182 | DISMISSED |
| 183 | DISMISSED | 184 | DISMISSED |
| 185 | DISMISSED | 186 | DISMISSED |
| 187 | Devin Crepp | 188 | DISMISSED |
| 189 | DISMISSED | 190 | DISMISSED |
| 191 | DISMISSED | 192 | DISMISSED |
| 193 | DISMISSED | 194 | DISMISSED |
| 195 | DISMISSED | 196 | DISMISSED |
| 197 | DISMISSED | 198 | DISMISSED |
| 199 | DISMISSED | 200 | DISMISSED |
| 201 | DISMISSED | 202 | DISMISSED |
| 203 | DISMISSED | 204 | DISMISSED |
| 205 | DISMISSED | 206 | DISMISSED |
| 207 | DISMISSED | 208 | DISMISSED |
| 209 | DISMISSED | 210 | DISMISSED |
| 211 | DISMISSED | 212 | DISMISSED |
| 213 | DISMISSED | 214 | DISMISSED |
| 215 | DISMISSED | 216 | DISMISSED |
| 217 | DISMISSED | 218 | DISMISSED |
| 219 | DISMISSED | 220 | DISMISSED |
| 221 | DISMISSED | 222 | DISMISSED |
| 223 | DISMISSED | 224 | DISMISSED |
| 225 | DISMISSED | 226 | DISMISSED |
| 227 | DISMISSED | 228 | DISMISSED |

| No. | Defendant Name / Alias |
|---|---|
| 229 | DISMISSED |
| 231 | Chinese Cabbage8877 Store |
| 233 | XEKshoes Sneakers boot newly discount Store |
| 235 | DADIJIER Official Store |
| 237 | Fashion Woman Jewelry ShiJie Factory |
| 239 | DISMISSED |
| 241 | LFFZshoes Sneakers Factory Store |
| 243 | luckluck store |
| 245 | Shine 0fficial Store |
| 247 | Shop3865041 Store |
| 249 | Shop4982092 Store |
| 251 | Shop5108059 Store |
| 253 | Shop5371015 Store |
| 255 | zimomo Store |
| 257 | DISMISSED |

| No. | Defendant Name / Alias |
|---|---|
| 230 | DISMISSED |
| 232 | Queen's tailo Unique Store |
| 234 | Celebrity factory high quality service Store |
| 236 | ETAILL |
| 238 | HUANQIU Official Store |
| 240 | LapoLaka 2nd Store |
| 242 | Liser Runway Store |
| 244 | Penny368 Store |
| 246 | Shop3671081 Store |
| 248 | Shop4481127 Store |
| 250 | Shop5041217 Store |
| 252 | Shop5201010 Store |
| 254 | Yark Emil Store |
| 256 | DISMISSED |
| 258 | DISMISSED |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | aliexpress.com/store/3362027 |
| 3 | aliexpress.com/store/4472022 |
| 5 | aliexpress.com/store/2799025 |
| 7 | aliexpress.com/store/639739 |
| 9 | DISMISSED |
| 11 | aliexpress.com/store/3512099 |
| 13 | aliexpress.com/store/5250149 |
| 15 | aliexpress.com/store/4992221 |
| 17 | aliexpress.com/store/3865041 |
| 19 | aliexpress.com/store/4982092 |
| 21 | aliexpress.com/store/5108059 |
| 23 | aliexpress.com/store/5371015 |
| 25 | aliexpress.com/store/534599 |
| 27 | DISMISSED |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | aliexpress.com/store/804408 |
| 4 | aliexpress.com/store/3567038 |
| 6 | aliexpress.com/store/2341001 |
| 8 | aliexpress.com/store/2829085 |
| 10 | aliexpress.com/store/1267135 |
| 12 | aliexpress.com/store/5071036 |
| 14 | aliexpress.com/store/3476020 |
| 16 | aliexpress.com/item/32857298880.html |
| 18 | aliexpress.com/store/4481127 |
| 20 | aliexpress.com/store/5041217 |
| 22 | aliexpress.com/store/5201010 |
| 24 | aliexpress.com/store/4493054 |
| 26 | DISMISSED |
| 28 | DISMISSED |

| No. | Defendant Domain Name |
|---|---|
| 1 | DISMISSED |
| 3 | DISMISSED |
| 5 | DISMISSED |
| 7 | DISMISSED |
| 9 | DISMISSED |
| 11 | DISMISSED |

| No. | Defendant Domain Name |
|---|---|
| 2 | DISMISSED |
| 4 | DISMISSED |
| 6 | DISMISSED |
| 8 | DISMISSED |
| 10 | DISMISSED |
| 12 | DISMISSED |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 13 | DISMISSED | 14 | DISMISSED |
| 15 | DISMISSED | 16 | DISMISSED |
| 17 | DISMISSED | 18 | DISMISSED |
| 19 | DISMISSED | 20 | DISMISSED |
| 21 | DISMISSED | 22 | DISMISSED |
| 23 | DISMISSED | 24 | DISMISSED |
| 25 | DISMISSED | 26 | DISMISSED |
| 27 | toryburchturkey.com | 28 | toryburchaustraliasale.com |
| 29 | DISMISSED | 30 | DISMISSED |
| 31 | DISMISSED | 32 | DISMISSED |
| 33 | DISMISSED | 34 | DISMISSED |
| 35 | DISMISSED | 36 | DISMISSED |
| 37 | DISMISSED | 38 | DISMISSED |
| 39 | DISMISSED | 40 | DISMISSED |
| 41 | DISMISSED | 42 | zapatillastoryburch.com |
| 43 | DISMISSED | 44 | DISMISSED |
| 45 | DISMISSED | 46 | DISMISSED |
| 47 | DISMISSED | 48 | DISMISSED |
| 49 | DISMISSED | 50 | DISMISSED |
| 51 | DISMISSED | 52 | DISMISSED |
| 53 | DISMISSED | 54 | DISMISSED |
| 55 | DISMISSED | 56 | DISMISSED |
| 57 | DISMISSED | 58 | DISMISSED |
| 59 | DISMISSED | 60 | DISMISSED |
| 61 | DISMISSED | 62 | DISMISSED |
| 63 | DISMISSED | 64 | DISMISSED |
| 65 | DISMISSED | 66 | DISMISSED |
| 67 | DISMISSED | 68 | DISMISSED |
| 69 | DISMISSED | 70 | DISMISSED |
| 71 | DISMISSED | 72 | DISMISSED |
| 73 | DISMISSED | 74 | DISMISSED |
| 75 | DISMISSED | 76 | DISMISSED |
| 77 | DISMISSED | 78 | DISMISSED |
| 79 | DISMISSED | 80 | DISMISSED |
| 81 | DISMISSED | 82 | DISMISSED |
| 83 | DISMISSED | 84 | DISMISSED |
| 85 | DISMISSED | 86 | DISMISSED |
| 87 | DISMISSED | 88 | DISMISSED |
| 89 | DISMISSED | 90 | DISMISSED |
| 91 | DISMISSED | 92 | DISMISSED |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 93 | DISMISSED | 94 | DISMISSED |
| 95 | toryburchshoesau.com | 96 | DISMISSED |
| 97 | DISMISSED | 98 | DISMISSED |
| 99 | DISMISSED | 100 | DISMISSED |
| 101 | DISMISSED | 102 | DISMISSED |
| 103 | DISMISSED | 104 | DISMISSED |
| 105 | DISMISSED | 106 | DISMISSED |
| 107 | DISMISSED | 108 | DISMISSED |
| 109 | DISMISSED | 110 | DISMISSED |
| 111 | DISMISSED | 112 | DISMISSED |
| 113 | DISMISSED | 114 | DISMISSED |
| 115 | DISMISSED | 116 | DISMISSED |
| 117 | DISMISSED | 118 | DISMISSED |
| 119 | DISMISSED | 120 | DISMISSED |
| 121 | DISMISSED | 122 | DISMISSED |
| 123 | DISMISSED | 124 | DISMISSED |
| 125 | DISMISSED | 126 | DISMISSED |
| 127 | DISMISSED | 128 | DISMISSED |
| 129 | DISMISSED | 130 | DISMISSED |
| 131 | DISMISSED | 132 | DISMISSED |
| 133 | DISMISSED | 134 | DISMISSED |
| 135 | DISMISSED | 136 | DISMISSED |
| 137 | DISMISSED | 138 | DISMISSED |
| 139 | DISMISSED | 140 | DISMISSED |
| 141 | DISMISSED | 142 | DISMISSED |
| 143 | DISMISSED | 144 | DISMISSED |
| 145 | DISMISSED | 146 | DISMISSED |
| 147 | DISMISSED | 148 | DISMISSED |
| 149 | DISMISSED | 150 | DISMISSED |
| 151 | DISMISSED | 152 | DISMISSED |
| 153 | DISMISSED | 154 | DISMISSED |
| 155 | DISMISSED | 156 | DISMISSED |
| 157 | DISMISSED | 158 | DISMISSED |
| 159 | DISMISSED | 160 | DISMISSED |
| 161 | DISMISSED | 162 | DISMISSED |
| 163 | DISMISSED | 164 | DISMISSED |
| 165 | DISMISSED | 166 | DISMISSED |
| 167 | DISMISSED | 168 | DISMISSED |
| 169 | DISMISSED | 170 | DISMISSED |
| 171 | DISMISSED | 172 | DISMISSED |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 173 | DISMISSED | 174 | DISMISSED |
| 175 | DISMISSED | 176 | DISMISSED |
| 177 | DISMISSED | 178 | DISMISSED |
| 179 | DISMISSED | 180 | DISMISSED |
| 181 | DISMISSED | 182 | DISMISSED |
| 183 | DISMISSED | 184 | DISMISSED |
| 185 | DISMISSED | 186 | DISMISSED |
| 187 | toryburchhandbags.us | 188 | DISMISSED |
| 189 | DISMISSED | 190 | DISMISSED |
| 191 | DISMISSED | 192 | DISMISSED |
| 193 | DISMISSED | 194 | DISMISSED |
| 195 | DISMISSED | 196 | DISMISSED |
| 197 | DISMISSED | 198 | DISMISSED |
| 199 | DISMISSED | 200 | DISMISSED |
| 201 | DISMISSED | 202 | DISMISSED |
| 203 | DISMISSED | 204 | DISMISSED |
| 205 | DISMISSED | 206 | DISMISSED |
| 207 | DISMISSED | 208 | DISMISSED |
| 209 | DISMISSED | 210 | DISMISSED |
| 211 | DISMISSED | 212 | DISMISSED |
| 213 | DISMISSED | 214 | DISMISSED |
| 215 | DISMISSED | 216 | DISMISSED |
| 217 | DISMISSED | 218 | DISMISSED |
| 219 | DISMISSED | 220 | DISMISSED |
| 221 | DISMISSED | 222 | DISMISSED |
| 223 | DISMISSED | 224 | DISMISSED |
| 225 | DISMISSED | 226 | DISMISSED |
| 227 | DISMISSED | 228 | DISMISSED |
| 229 | DISMISSED | 230 | DISMISSED |